```
RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona
JILLIAN BESANCON
Assistant United States Attorney
California State Bar No. 285869
Two Renaissance Square
40 North Central Avenue., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Jillian.Besancon@usdoj.gov
Attorneys for Plaintiff
```

FILED ✓ / LODGED __
RECEIVED __ / COPY __

FEB 2 6 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-00300-PHX-DJH (JZB) |
| Plaintiff, | |
| vs. | **INDICTMENT** |
| Timothy Earl McGill, | VIO: 18 U.S.C. § 875(c) (Interstate Threat) Count 1 |
| Defendant. | 18 U.S.C. § 875(c) (Interstate Threat) Count 2 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about October 29, 2024, in the District of Arizona and elsewhere, the defendant, TIMOTHY EARL MCGILL, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, by transmitting on TikTok a video livestream threatening to kill individuals who support President Donald J. Trump, who was then a presidential candidate, at the next rally.

In violation of Title 18, United States Code, Section 875(c).

**COUNT 2**

On or about January 29, 2025, in the District of Arizona and elsewhere, the defendant, TIMOTHY EARL MCGILL, did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, by transmitting on TikTok an audio livestream and written comments threatening to kill individuals who support President Donald J. Trump and their children, including participants in a TikTok panel discussion and the children of those participants.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: February 26, 2025

RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona

*s/*
JILLIAN BESANCON
Assistant United States Attorney